7/13/05 Margaret Burke

My husband and I were exiting the Majestic Theatres at the corner of Ellsworth + Fenton - and the first thing we noticed was a large # of police cars and we counted after a few moments and there were 20, cars. Then to the left of exits doors on Ellsworth there was a lot of attention in that direction. We saw a black male between about 18 to 22 against the wall it looked to more than 5 less then 10 police officers sort of holding him against the wall, there was some other scuffle and the next thing I noticed he was against the floor, he was handcuffed when he was against the wall then on the ground and his legs were being held behind him like cross. And again another officer maybe a woman had his head on the ground and her hand was on his head. It was hard to see, but he was only about 8 to 10 feet from me. They had him on the ground and then got him vertical again + put him in the police car.

We were kind of flabbergasted, absent any other knowledge, it looked excessive. Not knowing what he had done and I freely admitt I don't know what the kid did but he obviously did not have a weapon he was handcuffed already, he had no shoes on but he had really clean socks.

So then we were looking around trying to figure out what was going on.

EXHIBIT 14

and then the police officers that were in the street there at Ellsworth + Fenton in my view very gruffly shouting at the pedestrians – "Leave the street immediately or you will be arrested" and one guy had his baton out. Now weather he had his baton out - or relevant to what happen earlier.

To much police presents to me - and did not know what was going on.

Is there excessive use of police presences + force was there something that really required that police presence and if not some one needs to look at this because that is not the feeling that the people in Silver Spring want.

We decided to do something about it, we found out where the main station was so we called from the parking lot. We called he said I am a PSA Smith – I want to make complaint based on what we just saw. He told more so we understand why we saw what we say. he put me on hold – he said there is no one here that can talk to you now. I said no one to talk to me he said no. Went home got on line + figure out who to contact I even called Channel 9 to see if there was any local breaking news in Silver Spring.

what I showed her on tape were pictures of officers that were listed on from the CAD.

picked out no one — remembers woman on the scene. Hall Brissett not sure maybe. on tape I explain to her what happened that night.

1) " address issue of "get off street be arrested"
2) cross legs behind him

no position to question the number of police officers it takes in an altercation like that. # of police was in range w/ incident occurred + what officers said about being arrested.

7/13/05   Karl Bauer

We were just leaving the Majestic Theatre it was around 9 to 9:15 as we approached the door we noticed a lot of policemen on the street as I stepped out opened the door and stepped to my left - a police officer holding a person against the wall that person did have his hands in handcuffs and then I looked to the right and I noticed several police cars on the street I went to my right to see if I could make heads or tails of what was happening at that time there was a police officer in the street saying you must leave immediately or you will be arrested. There was a couple of policemen acting in that role what concerned me was one of the policemen had a baton out saying you must leave area immediately or you will be arrested.

As for my observation I did not see any physical violence of people involved w/ the melee w/ the police - I witnessed the young man against the wall - 15-20 seconds later the subject was on the ground but I don't know how he got there because I did not see that. But the young man kept saying I don't know why you are doing this you have the wrong person - some along the lines "why are you doing this to me."

The thing that bothered me, it seemed an excessive amount of police officers. I did not see him resisting. I saw his body on the ground - his face was on the concrete. I don't know why that would occur & something else a police woman came from behind & jumped on the man on the ground. 4-5 officers around individual then police woman came in and jumped into the situation that I thought was under control. I did not see what transpired from the time he was up against the wall and was on the ground.

I have never seen that many police cars, I stopped at and counted no less than 20 police cars he came out we don't know what occurred prior to that time only the end. I am assuming the end because he was the only one in custody. They walked him to police cruiser and put him in the back seat.

statement of charges
other arrests
arrest package
ECC tape
CAD

Showed officers pictures he picked at no one

we waited a short period of time got our thoughts together and tried to figure out what to do next with what we had witnessed. We walked up the street to the substation. I was angry to see this happen My concern is I live in Silver Spring it is important to have police presence but my feeling is to what level in terms of situational management - does that type of behavior warrant that type of response

which I don't know because I don't know the front end of the story. That is the only thing I expect from the police department to examine the process of what occurred that night to see if it was a case of over reacting or it was it warranted, I don't know I am not in the position to make that judgement - we went back to car called emergency # went to Sligo Ave - (a lot of people inside and a lot going on) heard that from people leaving the station we figured let the police do there work and we chose not to go inside, I said to my wife we probably won't be able to talk to some one at this time. my wifes conversation was on the phone you would not be able to do that at this time.

We decided to send a letter of concern to the police department.

9:15 observed then another 1/2 hour we walked down street & drove to Sligo Station
- situational management - incident started -
   - police were intense you saw a sign of fear in police officers.
   Coming to conclusion could have been less police officers.