### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND


| | | |
|---|---|---|
| **JOSEPH ROBINSON, III,** *et al.,* | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. **PJM 07-150** |
| | * | |
| **MONTGOMERY COUNTY** | * | |
| **MARYLAND,** *et. al.*, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Upon consideration of Plaintiff Joseph Robinson, III *et al.*'s Motion for Entry of an Order

of Contempt [Paper No. 45], it is for the reasons stated on the record during the Court's

teleconference with the parties, this 20th day of July, 2009,

**ORDERED**

1.    Plaintiff's Motion for Entry of an Order of Contempt [Paper No. 45] is

**GRANTED IN PART and DENIED IN PART**;

a.    It is **GRANTED** insofar as each of the Physician/Respondents is directed

to consult appropriate documents (e.g. income tax returns, Forms 1099)

and to state in writing, under penalties of perjury, the annual income he

has received from forensic work for each of the past five years, and what

percentage said forensic income has been of his total earned income

(excluding passive income, spousal income and the like) for each such

year;

b.    It is **DENIED** in all other respects; and

2.    For occasioning the filing of the Motion (most particularly, for failing to file

objections to and motions to quash the subpoenas), Defendants and

Physician/Respondents are jointly and severally **ASSESSED** a total of $1000,

which shall be directly and promptly payable to Plaintiffs' counsel as attorney's

fees and costs.


                                            _____/s/_____

                                            **PETER J. MESSITTE**
                                            **UNITED STATES DISTRICT JUDGE**