IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOSEPH ROBINSON, et al.** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. **PJM 07-150** |
| | * | |
| **MONTGOMERY COUNTY,** | * | |
| **MARYLAND, et al.** | * | |
| | * | |
| Defendants. | * | |

**ORDER**

Upon consideration of Defendants' Motion for Summary Judgment [Paper No. 42], and Plaintiffs' Opposition thereto, oral argument having been held thereon, it is for the reasons stated on the record, this 30th day of November, 2009

**ORDERED**

1. Defendants' Motion for Summary Judgment [Paper No. 42] is **GRANTED IN PART** and **DENIED IN PART**;

2. Defendants' Motion is **GRANTED** as to Count Two of the Complaint (Intentional Infliction of Emotional Distress);

3. As to Defendants Patil, Haak, and Cawood only, Defendants' Motion is **GRANTED** as to all counts of the Complaint;

4. As to Defendants Mazzuca and Wells only, Defendants' Motion is **DENIED** as to Counts One (1), Six (6), and Seven (7) of the Complaint; and

5. The Court makes no ruling at this time as to Defendants Montgomery County, Maryland and J. Thomas Manger, Chief of Police, Montgomery

County, Maryland. Liability of these Defendants, if any, shall be determined subsequently in a bifurcated proceeding, if either of the remaining individual defendants are found to be liable in this case.

                                        /s/
                          **PETER J. MESSITTE**
                    **UNITED STATES DISTRICT JUDGE**